UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

UNITED STATES OF AMERICA
upon the relation and for the use of the
TENNESSEE VALLEY AUTHORITY,
Plaintiff,

v.

No.   5:21-cv-168-TBR

AN EASEMENT AND RIGHT-OF-WAY
OVER 5.49 ACRES OF LAND, MORE OR LESS,
IN CALLOWAY COUNTY, KENTUCKY, and
RICKY WAYNE CUNNINGHAM,
CELISA CURD CUNNINGHAM, his wife,
FNB BANK, INC.,
Defendants.

## COMPLAINT

1. This is an action of a civil nature brought by the United States of America upon the relation and for the use of the Tennessee Valley Authority for the taking of property under the power of eminent domain and for the ascertainment and award of just compensation to the owners and parties in interest.

2. The authority for the taking is the Tennessee Valley Authority Act of 1933, *as amended*, 16 U.S.C. §§ 831 et seq.

3. The public use for which the property is taken is the erection, operation, and maintenance of electric power transmission circuits and communication circuits.

4. The property interest to be acquired is a permanent easement and right-of-way.

5. The easement and right-of-way herein condemned is described in Attachment 1 hereto attached and made a part hereof.

6. The persons known to the Plaintiff to have or may claim an interest in said property are as follows:

    a. Ricky Wayne Cunningham and Celisa Curd Cunningham, his wife, own said property in fee simple as joint tenants by the entirety with right of survivorship by virtue of a deed recorded in Deed Book 1145, page 95, in the office of the Clerk of Calloway County, Kentucky.

    b. FNB Bank, Inc., is the current holder of liens on said property in the amounts of $770,000 and $92,581.09 by virtue of Deed Books 1145 and 1310, pages 106 and 610, respectively, in said register's office.

    c. 2021 State, County, and School district taxes are liens on said property.

  7. A Declaration of Taking is being filed contemporaneously herewith.

WHEREFORE, the Plaintiff demands that:

(1) An Order be issued putting the Tennessee Valley Authority as agent of the United States of America into immediate possession of the property condemned.

(2) Just compensation for the property taken be ascertained in accordance with Rule 71.1(h) of the Federal Rules of Civil Procedure.

(3) A Judgment be entered confirming the vesting of title to the interests sought to be condemned in the United States of America by virtue of the Declaration of Taking filed herewith.

(4) The Plaintiff have such other relief as may be lawful and proper.

       Respectfully submitted,

       *s/James S. Chase*
       James S. Chase (TN BAR 020578)
       TVA GENERAL COUNSEL'S OFFICE
       400 West Summit Hill Drive
       Knoxville, Tennessee 37902-1401
       Telephone    865.632.4239
       Email    jschase@tva.gov

       Attorney for Plaintiff

108156790